UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 08-cr-00228-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JUAN ZAPATA-TORRES,

    Defendant.
_____

**ORDER**
_____

    This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Wednesday, July 16, 2008,** and responses to these motions shall be filed by **Wednesday, July 23, 2008.** It is

    FURTHER ORDERED that counsel will request a hearing on all pending motions, if necessary, at a later date. It is

    FURTHER ORDERED that a 3-day jury trial is set for **Monday, July 28, 2008, at 9:00 a.m. in courtroom A-1002.**

    Dated: June 16, 2008

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          U. S. District Judge