IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00228-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JUAN ZAPATA-TORRES,

    Defendant.

## ORDER

THIS MATTER coming before the Court upon motion of the government to dismiss Counts 1 - 3 of the Indictment, and the Court having considered the same, it is hereby

ORDERED that counts 1 - 3 of the Indictment are dismissed.

DATED this <u>26th</u> day of August, 2008.

                BY THE COURT:

                s/ Wiley Y. Daniel
                WILEY Y. DANIEL,
                UNITED STATES DISTRICT JUDGE